## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

**SAM LOPEZ**, individually,

                **Plaintiff,**

v.

**AVIC 245, INC. d/b/a THE GRAND VICTORY**, a New York for Profit entity, and **Carola Rosas Kawamoto**, an individual,

                **Defendants.**

_____/

Case No. 1:15-cv-5200-RJD-MDG

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, by and among the undersigned counsel, that whereas no party hereto is an infant or incompetent person for whom committee has been appointed or conservatee and no person not a party has an interest in this subject matter of the action, that the above entitled action be dismissed *with prejudice*, without costs and attorney's fees to either party as against the other and that each party waives all rights of appeal with respect to such dismissal.

Respectfully submitted on September 19, 2016.

By: _____
Tara Demetriades, Esq.
Counsel for Plaintiff
New York Bar. No. 4158666
ADA Accessibility Associates
1076 Wolver Hollow Road
Oyster Bay, NY 11771
E: TDemetriades@Aol.com
T: (516) 595-5009

By: _____
Andrew Michael Wong, Esq.
Counsel for Carola Rosas Kawamoto
Law Office of Andrew M. Wong
444 East 86th Street
Suite 21a
New York, NY 10028
212-772-6285
Fax: 212-772-3904
Email: andrew.m.wong@verizon.net

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Stipulation for Dismissal has been served via the Court's CM/ECF filing system upon all parties of record on September 19, 2016.

By: /s/ Tara Demetriades
Tara Demetriades, Esq.
New York Bar No. 4185666

**ADA Accessibility Associates**
2076 Wolver Hollow Road
Oyster Bay, New York 11771
E: TDemetriades@Aol.com
T: (516) 595-5009

So Ordered.

s/ RJD

9/21/16